KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7210
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 05 0580 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR SETTING MOTIONS HEARING FOR NOVEMBER 10, 2005, AND EXCLUDING TIME FROM SEPTEMBER 13, 2005 TO SEPTEMBER 27, 2005 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| RICHARD L. OLIVIA, | ) | |
| Defendant. | ) | |

       The parties appeared before the Court on September 13, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing these proceedings until November 10, 2005 at 2:00P.M. for a motions hearing before the Honorable William Alsup, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 13, 2005 to September 27, 2005, the anticipated filing date of pretrial motions in the matter.  The parties agreed, and the Court found and held, as follows:

       1.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from September 13, 2005 to September 27, 2005, outweigh the best interest

of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 13, 2005 to September 27, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:  10/03/05                               /S/ Robert D. Rees
                                                ROBERT DAVID REES
                                                Assistant United States Attorney

DATED:  10/03/05                               /S/ Daniel Blank
                                                DANIEL BLANK
                                                Assistant Federal Public Defender
                                                Attorney for Richard Olivia

IT IS SO ORDERED.

DATED:  October 11, 2005                         
                                                ~~HON.~~ WILLIAM ALSUP
                                                United States District Judge