KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 0580 WHA |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE FROM NOVEMBER 10, 2005 UNTIL NOVEMBER 29, 2005 |
| v. | |
| RICHARD L. OLIVIA, | |
|     Defendant. | |

    The parties appeared before the Court on September 13, 2005 and a motions hearing was set for November 10, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing these proceedings until November 29, 2005 at 2:00P.M. for a hearing on the defendant's motion to suppress filed on September 27, 2005 before the Honorable William Alsup. This continuance is sought due to the unavailability of counsel for

//
//
//
//
//
//

1 | the defense.

3 |     IT IS SO STIPULATED.

5 | DATED: _____      _____/s_____
6 |     ROBERT DAVID REES
    Assistant United States Attorney

8
9 | DATED: _____      _____/s_____
    GABRIEL CASWELL, ESQ.
    Attorney for Richard Olivia

11 |     IT IS SO ORDERED.

12 |     Nunc pro tunc
13 | DATED: November 21, 2005

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2