UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD L. OLIVIA,<br><br>    Defendant.<br>_____/ | CR 05-00580 WHA<br><br>ORDER TO CONTINUE<br><u>MOTION HEARING</u> |

    Upon the Stipulation of the parties, and good cause appearing,

    IT IS HEREBY ORDERED that the hearing on the motion to suppress, now scheduled for November 29, 2005, shall be continued to 2:00 p.m., January 10, 2006.

    Dated:  November 25, 2005

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331