United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00580 WHA |
| Plaintiff, | |
| v. | **NOTICE RE ARGUMENT ON MOTION TO SUPPRESS** |
| RICHARD L. OLIVIA, | |
| Defendant. | |
| _____ / | |

    Counsel for both sides are requested to come to the Tuesday hearing prepared to discuss application of *United States v. Vasey*, 834 F.2d 782 (9th Cir. 1987) to the instant case, as well as any other cases on point to whether there was probable cause to search the truck. In addition, counsel are requested to argue whether and to what extent the doctrine of inevitable discovery may apply to the instant case. Counsel should bring copies for the Court of any cases, other than *Vasey* and those cited in the briefs, upon which they wish to base arguments.

    **IT IS SO ORDERED.**

Dated: January 9, 2006

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE