1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-7210
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

                    FILED
              2006 FEB 15 PM 4:00
              RICH...
              U.S. D...

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No. CR 05 0580 WHA
                                       )
13         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                       )   ORDER VACATING TRIAL DATE AND
14     v.                              )   DEEMING THE PRETRIAL
                                       )   CONFERENCE HEARING SET FOR
15 RICHARD L. OLIVIA,                  )   FEBRUARY 27, 2005 AS A STATUS
                                       )   HEARING
16         Defendant.                  )
                                       )
17 ─────────────────────────────

18     The parties last appeared before this Court on February 1, 2006. With the agreement of
19 the parties, and with the consent of the defendant, the Court enters this order vacating the trial
20 date currently set for March 13, 2006, deeming the pretrial conference hearing set for February
21 27, 2006 at 2:00P.M. before the Honorable William H. Alsup as a status hearing, and
22 documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from
23 February 13, 2006 to February 27, 2006. The parties agree, and the Court finds and holds, as
24 follows:
25     1. At the conclusion of the last hearing in this case, the parties met to discuss possible
26 resolution of the matter short of trial. Because this case involves a violation of 18 U.S.C. §
27 922(g)(1), where the corresponding base offense level under U.S. Sentencing Guideline § 2K2.1
28 requires reference to certain qualifying convictions, the parties agreed to examine the defendant's

                                    1

1  criminal record more closely and meet again at a later date.

2      2. The parties met again on February 13, 2006 and agreed that the case is highly likely to resolve short of trial, but that additional state court documents are required in order for the parties to determine whether one of the defendant's prior convictions is a qualifying conviction under § 2K2.1 pursuant to the modified categorical analysis of *Taylor v. United States*, 495 U.S. 575 (1990). Each party has initiated its efforts to obtain these documents, which are not yet in their custody or control. Due to the need adequately to inform the defendant of these issues, failure to grant additional time to obtain and review these documents would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. § 3161(h)(8)(B)(iv).

    2. Given these circumstances, and the representations of the parties, the Court vacates the trial date currently set for March 13, 2006, and instead orders the parties to appear before this Court on February 27, 2006 at 2:00PM before the Honorable William H. Alsup for a status hearing, which will take place in lieu of the pretrial conference hearing that was previously scheduled for the same time. The Court further finds that the ends of justice served by excluding the period from February 13, 2006 to February 27, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court vacates the trial currently set for March 13, 2006, deems the previously scheduled pretrial conference hearing set for February 27, 2006 as a status hearing, and orders that the period from February 13, 2006 to

//
//
//
//
//
//
//
//

2

1  February 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.
2  § 3161(h)(8)(A) & (B)(iv).

4     IT IS SO STIPULATED.

6  DATED: _____2/13/06_____        _____/s_____
7                      ROBERT DAVID REES
                     Assistant United States Attorney

9  DATED: _____2/13/06_____        _____/s_____
10                     RANDOLPH DAAR, ESQ.
                    Attorney for Richard Olivia

12    IT IS SO ORDERED.

14 DATED: __2/14/06__          _____
                    HON. WILLIAM H. ALSUP
                    United States District Judge