UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
06 MAY 25 PM 3:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-0580-01 WHA |
| ) | |
| RICHARD L. OLIVIA ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 30th of May 2006 at 2:00 p.m., be continued until the 20th of June 2006 at 2:00 p.m.

Date: 5/25/06

UNITED STATES DISTRICT JUDGE
WILLIAM ALSUP

/cmc

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

    Plaintiff,

v.

OLIVIA et al,

    Defendant.
_____/

Case Number: CR05-00580 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Caswell
Pier 5 Law Office
506 Broadway
San Francisco, CA 94133

Randolph Elliott Daar
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133

Robert David Rees
U.S. Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Connie Cook
US Probation Officer

Dated: May 25, 2006

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk