UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RICHARD L. OLIVIA,

        Defendant.

                                 /

CR 05-00580 WHA

ORDER SETTING RELEASE CONDITIONS AND CONDITIONS OF SURRENDER

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3143 the defendant has shown by clear and convincing evidence that he is not a flight risk and does not pose a danger to the community. The above finding is based upon the imposition of the following terms and conditions:

1. The Defendant's father shall post no less than $400,000.00 in property as a secured bond;
2. The Defendant shall be monitored by a Global Positioning System (GPS) tracking device;
3. The Defendant shall be subject to a curfew as deemed appropriate by the Pretrial Services department;
4. The Defendant's father, Robert J. Olivia, shall serve as his third-party custodian;
5. The Defendant shall report to Pretrial Services immediately upon release and shall report on future occasions as directed by Pretrial Services;

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

6.   The Defendant shall remain within the County of Solano, unless he receives prior approval from Pretrial Services;

7.   The Defendant shall submit a weekly itinerary to Pretrial Services every Friday. The itinerary shall detail his anticipated activities outside of his father's home for the week;

8.   The Defendant shall surrender any and all travel documents, including his passport;

9.   The Defendant shall possess no weapons;

10.  The Defendant shall submit to random urinalysis tests by Pretrial Services;

11.  The Defendant shall use no alcohol or illegal drugs;

12.  The Defendant shall submit his person, vehicle and place of residence to warrantless searches by Pretrial Services;

13.  The Defendant shall not change his place of residence without prior approval from Pretrial Services;

14.  On August 28, 2006, before 12:00 p.m., the Defendant shall self-surrender to the United States Marshal's Service at 450 Golden Gate Avenue, 20 Floor, San Francisco, California. The United States Marshal's Service shall accept Mr. Olivia into custody on August 28, 2006 and return him to court on August 29, 2006 for sentencing.

Dated: June 30, 2006



_____
WILLIAM ALSUP
United States District Court Judge

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331