RANDOLPH DAAR, SBN 88195
ROBERT AMPARAN, SBN 172132
GABRIEL CASWELL, SBN 224708
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
RICHARD L. OLIVIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,      )<br>                                                        )<br>               Plaintiff,                              )<br>                                                        )<br>       vs.                                              )<br>                                                        )<br>RICHARD L. OLIVIA,                         )<br>                                                        )<br>               Defendant.                        )<br>_____) | Case No. CR 05-00580 WHA<br><br>EX PARTE REQUEST TO<br>EXONERATE BAIL AND TO<br>RECONVEY PROPERTY |

COMES NOW defendant RICHARD L. OLIVIA, and hereby requests that bail be exonerated and that the Clerk of the Court reconvey the property posted to secure bail in this matter.

In support of said request, counsel declares:

Defendant RICHARD L. OLIVIA entered a plea and was sentenced in July of 2006 in this matter, surrendered to the United States Marshal's Service in August of 2006, and is now in the custody of the Bureau of Prisons.

Therefore, bail is no longer required, and it is requested that the property posted to secure bail for the defendant be released.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on September 22, 2006, at San Francisco, California.

/s/ Gabriel Caswell
GABRIEL CASWELL
Attorney for Defendant
RICHARD L. OLIVIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD L. OLIVIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 05-00580 WHA <br><br> ORDER EXONERATING BAIL <br> AND RECONVEYING PROPERTY |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the property posted by Mr. Olivia.

Dated: September 26, 2006

_____
HON. WILLIAM ALSUP, Judge
United States District Court

*IT IS SO ORDERED* — Judge William Alsup

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331